RODGER R. COLE (CSB NO. 178865)
Email: rcole@fenwick.com
SAUNDRA L. M. RILEY (CSB NO. 218084)
Email: sriley@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendant
METAL WORLD INCORPORATED

\*\*E-filed 10/13/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWAGER DAVIS, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> METAL WORLD, INCORPORATED and DOES 1-50, <br><br>             Defendants. | Case No.  C-05-02353 JF <br><br> **STIPULATION AND ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE** <br><br> Judge:  The Honorable Jeremy Fogel <br><br> Date of Filing:  June 9, 2005 <br> Trial Date:  No Date Set |

Pursuant to Northern District Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Schwager Davis, Inc. ("Plaintiff") and Defendant Metal World Incorporated ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

1.     WHEREAS, Plaintiff filed its Complaint against Defendant in this Court on June 9, 2005;

2.     WHEREAS, this matter is currently scheduled for a Case Management Conference on Friday, October 14, 2005;

3.     WHEREAS, Defendant previously filed a statement of claim, on May 13, 2005, against Plaintiff in the Supreme Court of Newfoundland and Labrador Trial Division entitled *Metal World Incorporated v. Schwager Davis, Inc.*, Case 2005 01T No. 5610;

4. WHEREAS, the parties have agreed, in principle, to a settlement of both lawsuits and are in the process of finalizing a written settlement agreement; and

5. WHEREAS, the parties believe that resetting the date of the Case Management Conference would allow them to finalize the settlement agreement and, thereby, obviate the need for a Case Management Conference;

**THE PARTIES HEREBY STIPULATE** that the Case Management Conference currently scheduled for Friday, October 14, 2005, be continued until and rescheduled for Friday December 2, 2005 at 10:30 a.m.

Dated:  October 12, 2005                McCRACKEN, BYERS & HAESLOOP, LLP

By: /S/
    MARK HAESLOOP

Counsel for Plaintiff
SCHWAGER DAVIS, INC.

Dated:  October 12, 2005                FENWICK & WEST LLP

By: /S/
    SAUNDRA L. M. RILEY

Counsel for Defendant
METAL WORLD INCORPORATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 13, 2005                /s/electronic signature authorized
                                       HONORABLE JEREMY FOGEL
                                       United States District Court Judge
                                       Northern District of California

STIPULATION AND [PROPOSED] ORDER                              CASE NO. C-05-02353 JF
CONTINUING DATE OF CASE                    2
MANAGEMENT CONFERENCE

1   Attestation

2   I, Saundra L. M. Riley, attest that I have obtained the physical signature of each of the
3   other signatories to this stipulation, reflecting their concurrence in the filing of this document; and
4   will maintain records to support this concurrence until one year after final resolution of this
5   action.

6   I declare under penalty of perjury under the laws of the United States of America that the
7   foregoing is true and correct. Executed this 12th day of October, 2005 at Mountain View,
8   California.

Signature: /S/
Saundra L. M. Riley

Counsel for Defendant
METAL WORLD INCORPORATED

24834/00401/LIT/1238400.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF CASE
MANAGEMENT CONFERENCE

3

CASE NO. C-05-02353 JF

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW